UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>DEPARTMENT OF DEFENSE, )<br>)<br>  Defendant. )<br>_____) | Civil Action No. 14-1772 (RBW)<br>(ECF) |

**ANSWER**

Defendant, Department of Defense (DOD), by and through undersigned counsel, hereby submits the following answer to Plaintiff's complaint:

FIRST DEFENSE

The undisclosed portions of records in this Freedom of Information Act (FOIA) action have been properly withheld pursuant to valid and applicable exemptions to the FOIA.

SECOND DEFENSE

As a separate and further defense, answering specifically the numbered paragraphs of Plaintiff's complaint and without waiving any defenses and/or objections, Defendant admits, denies, or otherwise avers as follows:

1. DoD lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1.

2. DoD lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2.

3. Admit.

4. Paragraph 4 states legal contentions to which no response is required.

5. Paragraph 5 states legal contentions to which no response is required.

6. Paragraph 6 states legal contentions to which no response is required.

7. Paragraph 7 states legal contentions to which no response is required.

8. Admit.

9. Admit.

10. Admit.

11. Admit.

12. Admit.

13. Admit a letter was sent from DoD to Plaintiff on August 28, 2014.  DoD denies the remainder of the allegations in paragraph 13.

14. Admit.

15. Admit.

16. Admit.

17. Admit.

18. Admit.

19. Admit a letter was sent from DoD to Plaintiff on August 28, 2014.  DoD denies the remainder of the allegations in paragraph 19.

20. Admit.

21. Admit.

22. Admit.

23. Admit.

24. Admit.

25. Admit.

26. Admit a letter was sent from DoD to Plaintiff on August 28, 2014.  DoD denies the remainder of the allegations in paragraph 19.

**COUNT I**

27. DoD incorporates answers to paragraphs 1 through 26 as if fully stated herein.

28. DoD incorporates answers to paragraphs 1 through 26 as if fully stated herein.

29. Paragraph 29 states legal contentions to which no response is required.

30. Paragraph 30 states legal contentions to which no response is required.

Except to the extent expressly admitted or qualified above, Defendant denies each and every allegation of Plaintiff's Complaint.

WHEREFORE, Defendant, having fully answered, requests that Plaintiff's complaint be dismissed with prejudice, that costs be assessed against Plaintiff, and that Defendant be awarded any other relief deemed just and proper.

Respectfully Submitted,

RONALD C. MACHEN JR.
D.C. Bar No. 447889
United States Attorney
for the District of Columbia

DANIEL F. VANHORN
Chief, Civil Division
D.C. Bar No. 924092

BY:
___/s_____
BENTON PETERSON 1029849
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Phone: (202) 252-2534
Fax: (202) 514-8780

Attorneys for Defendant