UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 14-1772 (RBW) |
| ) | |
| DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the oral rulings issued during the hearing held this same day, it is hereby

**ORDERED** that the defendant shall produce to the plaintiff by December 11, 2015, the title pages of the responsive documents in the defendant's possession, unless the contents of those pages are otherwise exempt from production under the Freedom of Information Act. The defendant shall produce the documents on a rolling basis, providing documents as they are ready for release on a monthly basis. It is further

**ORDERED** that the parties shall appear for a Status Hearing on December 17th, 2015, at 9:15 a.m.

**SO ORDERED** this 11th day of June, 2015.

REGGIE B. WALTON
United States District Judge